**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**EMILY K. M.,**

**Plaintiff,** :

**v.**

**COMMISSIONER OF SOCIAL SECURITY,** :

**Defendant.**

**Case No. 2:25-cv-1195**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

**OPINION AND ORDER**

Plaintiff brings this action under 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for Period of Disability, Disability Insurance Benefits, and Supplemental Security Income. (ECF No. 6.) Plaintiff filed her Statement of Errors on April 3, 2026. (ECF No. 13.) The Commissioner filed a Memorandum in Opposition. (ECF No. 14.) On June 29, 2026, the Magistrate Judge issued a Report and Recommendation ("R&R"), recommending that the Court overrule Plaintiff's Statement of Errors and affirm the Commissioner's decision. (ECF No. 15.) Plaintiff timely objected to the R&R. (ECF No. 16.)

## I. STANDARD OF REVIEW

If a party objects within the allotted time to a report and recommendation, the Court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28

U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b). Upon review, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The Court's review "is limited to determining whether the Commissioner's decision 'is supported by substantial evidence and was made pursuant to proper legal standards.'" *Ealy v. Comm'r of Soc. Sec.*, 594 F.3d 504, 512 (6th Cir. 2010) (quoting *Rogers v. Comm'r of Soc. Sec.*, 486 F.3d 234, 241 (6th Cir. 2007)); *see also* 42 U.S.C. § 405(g) ("The findings of the Commissioner of Social Security as to any fact, if supported by substantial evidence, shall be conclusive[.]").

## II. ANALYSIS

The Court has carefully reviewed *de novo* the record and concludes that the decision of the Commissioner is supported by substantial evidence and was made pursuant to proper legal standards.

Moreover, the Magistrate Judge considered and correctly addressed the issues that Plaintiff raises in her Objection. Plaintiff objects that the ALJ should have admitted the Appeals Council decision defining the term "superficial" because it was a competing definition from a credible source. (ECF No. 16, PAGEID ## 587–88.) According to Plaintiff, had the ALJ admitted the Appeals Council decision into the record, she could have found the definition therein to be more reasonable than the definition she ultimately adopted, thereby prejudicing Plaintiff. (*Id.*) These same arguments appear in Plaintiff's Statement of Errors. (*See* ECF No. 13, PAGEID ## 551–53.) Plaintiff's Objection, then, chiefly reiterates the arguments

she made to the Magistrate Judge. Because the Court agrees with the reasoning and conclusions in the R&R, Plaintiff's Objection is unavailing.

## III. CONCLUSION

Accordingly, the Court **OVERRULES** Plaintiff's Objection (ECF No. 16), **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 15), and **AFFIRMS** the Commissioner's decision. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**